**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) Case No.: 1:09-cv-01906 |
| Plaintiff, | ) Judge James S. Gwin |
| | ) Magistrate Judge David S. Perelman |
| v. | ) |
| | ) **MOTION FOR ADMISSION OF** |
| BRANTLEY CAPITAL MANAGEMENT, LLC, *et al.*, | ) **RALPH C. FERRARA *PRO HAC VICE*** |
| Defendants. | ) |

Pursuant to Local Rule 83.5(h), Thomas S. Kilbane, Esq. ("Movant") of the Cleveland, Ohio firm of Squire, Sanders & Dempsey, L.L.P. ("Squire Sanders"), hereby respectfully moves the Court for an Order authorizing the admission *pro hac vice* of Ralph C. Ferrara, Esq. ("Applicant"), before this Court for all purposes relating to the representation of Defendants Brantley Capital Management, LLC and Robert Pinkas in the above-captioned case. In support of this Motion, Movant respectfully submits as follows:

1. Defendants have retained Applicant, as well as the firm of Squire Sanders, to represent their interests in the above-referenced case. Defendants wish to have Applicant participate actively in the litigation of this case.

2. Applicant is a partner with the law firm of Dewey & LeBoeuf LLP, 1101 New York Avenue, N.W., Washington, D.C. 20005.

3. Applicant is a member in good standing of the bars of the District of Columbia since 1970, Colorado since 1993, Florida since 1990, and New York since 1982. He is also in good standing and admitted to practice in the United States District Courts for the District of

Columbia, the District of Florida, the Eastern District of Virginia, and the Southern District of New York, as well as the United States Courts of Appeals for the District of Columbia Circuit, Second Circuit, Third Circuit, Fourth Circuit, Fifth Circuit, Sixth Circuit, Tenth Circuit, and the United States Supreme Court.

4. Applicant has not been disciplined by any court or administrative body.

5. Applicant's contact information is as follows:

> Ralph C. Ferrara, Esq.
> DEWEY & LEBOEUF LLP
> 1101 New York Avenue, NW
> Washington, DC 20005
> Phone: 202.346.8020
> Fax: 202.956.3311
> E-mail: rferrara@dl.com
> DC Bar Number: 156380

6. Applicant certifies further that he is familiar with and shall be governed by the Local Rules of this Court.

7. Applicant's Declaration in support of this motion is submitted herewith.

WHEREFORE, Movant, Thomas S. Kilbane, respectfully requests that this Court enter an Order permitting Ralph C. Ferrara to appear *pro hac vice* before this Court for all purposes relating to representation of Defendants Brantley Capital Management, LLC and Robert Pinkas.

        Respectfully submitted,

DATED: August 31, 2009        /s/ Thomas S. Kilbane
        Thomas S. Kilbane (0005938)
        tkilbane@ssd.com
        Robin G. Weaver (0020673)
        rweaver@ssd.com
        Joseph P. Rodgers (0069783)
        jrodgers@ssd.com
        SQUIRE, SANDERS & DEMPSEY L.L.P
        4900 Key Tower
        127 Public Square
        Cleveland, OH  44114-1304
        Phone: 216.479.8500
        Fax:    216.479.8777

        *Attorneys for Defendants Brantley Capital Management, LLC and Robert Pinkas*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2009, a copy of foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system

/s/ Thomas S. Kilbane
One of the attorneys for Defendants Brantley
Capital Management, LLC and Robert Pinkas